**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS GARCIA, | )    No. CV 10-1958-DSF(CW) |
|                 Petitioner, | ) <br> )    JUDGMENT |
|        v. | ) <br> ) |
| MATTHEW CATE (Director), | ) <br> ) |
|              Respondent. | ) <br> ) |

      **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

              3/22/13

DATED: _____

_____
       DALE S. FISCHER
United States District Judge