# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GARCIA, | ) | No. CV 10-1958-DSF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE (Director), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 3/22/13

DALE S. FISCHER
United States District Judge